*The President and Directors of the Columbian Turn-pike v. Robert Woodworth.*

THIS was an action brought for the penalty under the ninth section of the act incorporating the *Columbia Turnpike Road*, for simply riding through a gate without paying toll, without any force or violence.

*Per Curiam.* The act had in contemplation only forcible and violent passings : the plaintiffs may sue for their toll, but this certainly is not a case within the penalty of the section relied on.